Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

NOVEMBER 5, 2014
WILLIAM M. McCOOL, Clerk
By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD THAYNE MUTSCHLER,<br><br>Defendant. | CR14-328 TSZ<br><br>INDICTMENT |

The Grand Jury charges that:

## COUNTS ONE THROUGH FOUR
### (Mail Fraud)

**A.   Background**

At all times relevant to this Indictment:

1. Brookfield Condominium Homeowners Association (Association) was a registered nonprofit association based in Everett, Washington. The Association was governed by a Board of Directors, which included a president, secretary, treasurer, and two directors. The Board of Directors oversaw operation and management of a 94 unit residential development located at 12503 4th Avenue in Everett, Washington. The Association's primary source of revenue was generated from member dues, which averaged collectively approximately $230,000.00 per year.

INDICTMENT/MUTSCHLER - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Defendant RICHARD THAYNE MUTSCHLER served as President of the Association from February 2008 through March 2011. As part of his job duties, MUTSCHLER had responsibility for the day-to-day management of the Association, including collecting bills, paying vendors, and reconciling expenditures. He also was the sole administrator responsible for overseeing the Association's online banking account. The Association's online banking account was funded primarily by member dues payments, some of which the victims' banks mailed to the Association.

### B. The Scheme and Artifice to Defraud

3. Beginning no later than April 2008, and continuing until on or about April 7, 2010, within the Western District of Washington, and elsewhere, Defendant RICHARD THAYNE MUTSCHLER, did knowingly devise and intend to devise a scheme and artifice to defraud members of the Association, and to obtain money by means of false and fraudulent pretenses, representations, promises, and concealment of material facts.

4. The essence of the scheme to defraud was for RICHARD THAYNE MUTSCHLER to redirect funds from the Association's online bank account to both his personal bank account and personal credit account to pay personal expenses and debts. The funds were not intended to be used for that purpose. As a result of this scheme to defraud, RICHARD THAYNE MUTSCHLER obtained approximately $296,946.61.

### C. Manner and Means of the Scheme and Artifice to Defraud

5. It was part of the scheme and artifice to defraud that RICHARD THAYNE MUTSCHLER deliberately engaged in a pattern of deceptive conduct designed to convince Association members he was acting as their duly authorized agent when he conducted unauthorized transfers of funds from the Association's online banking account into his personal banking and credit card accounts over which he had control.

6. It was further part of the scheme and artifice to defraud and obtain money by false pretenses that between April 2008 and February 2010, RICHARD THAYNE MUTSCHLER accessed the Association's online bank account on approximately forty-

three (43) occasions and directed that Association funds be used to pay his own personal credit card obligations. He was not authorized by the Association to access its bank account and use its funds for this purpose and he did not reimburse the Association for these expenditures. The unauthorized payments totaled approximately $50,987.76.

7. It was further part of the scheme and artifice to defraud and obtain money by false pretenses that between April 2008 and April 2010, RICHARD THAYNE MUTSCHLER accessed the Association's online bank account on approximately thirty-one (31) occasions and directed that Association funds be electronically transferred to personal bank accounts he controlled. He was not authorized by the Association to transfer its funds for this purpose and he did not reimburse the Association for these unauthorized transfers. The unauthorized transfers totaled approximately $245,958.00.

8. It was further part of the scheme and artifice to defraud and obtain money by false pretenses that RICHARD THAYNE MUTSCHLER caused some Association members to pay their membership dues using a banking service that resulted in a check being mailed to the Association. Payment checks delivered by the Postal Service to the Association were deposited into the Association's bank account from which RICHARD THAYNE MUTSCHLER drew the unauthorized withdrawals.

9. It was further part of the scheme and artifice to defraud and obtain money by false pretenses that RICHARD THAYNE MUTSCHLER attempted to conceal evidence of the scheme by entering false data and transactional information into the Association's accounting records.

10. It was further part of the scheme and artifice to defraud and obtain money by false pretenses that RICHARD THAYNE MUTSCHLER attempted to conceal evidence of the scheme by fraudulently entering fictitious payee names, such as "ACCTS REC Brookfield Condo" and "ACCTS PAY Brookfield Condo," into the online banking feature. As a result, the debit descriptions on the Association's monthly bank statements concealed the true destination of the transfer payments. Use of the fictitious payee names

prevented the Association from learning their bank account funds were in fact transferred to RICHARD THAYNE MUTSCHLER's personal accounts.

**D. Execution of the Scheme and Artifice to Defraud**

11. Beginning in April 2008 and continuing through April 2010, within the Western District of Washington, and elsewhere, RICHARD THAYNE MUTSCHLER with the intent to defraud, devised and willfully executed, with knowledge of its fraudulent nature, the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses.

12. On or about the dates listed below, within the Western District of Washington, and elsewhere, for the purpose of executing or attempting to execute the above-described scheme to defraud the Association's members and for obtaining money from the Association's members by means of false and fraudulent pretenses, representations, promises, and concealment of material facts, and attempting to do so, RICHARD THAYNE MUTSCHLER, knowingly caused to be sent and delivered by the United States Postal Service and private or commercial interstate carrier, and did knowingly and willfully take and receive therefrom, according to the direction thereon, the following mail matter, which each mailing constituting a separate count of this Indictment:

| COUNT | DATE | SENDER | ADDRESSEE | ITEM MAILED |
|---|---|---|---|---|
| 1 | December 24, 2009 | NORTHERN TRUST – Online Bill Payment Processing Center P.O. Box 2994 Phoenix, Arizona 85062-2994 | BROOKFIELD CONDOMINIUM ASSOCIATION 12503 4th AVE W Everett, Washington 98204-5781 | CHECK NUMBER 0059860588, submitted on behalf of victim J.G., in the amount of $246.12 |
| 2 | January 4, 2010 | NORTHERN TRUST – Online Bill Payment Processing Center P.O. Box 2994 Phoenix, Arizona 85062-2994 | BROOKFIELD CONDOMINIUM ASSOCIATION 12503 4th AVE W Everett, Washington 98204-5781 | CHECK NUMBER 0062873591, submitted on behalf of victim M.R., in the amount of $234.74 |
| 3 | February 4, 2010 | NORTHERN TRUST – Online Bill Payment Processing Center P.O. Box 2994 Phoenix, Arizona 85062-2994 | BROOKFIELD CONDOMINIUM ASSOCIATION 12503 4th AVE W Everett, Washington 98204-5781 | CHECK NUMBER 0072998425, submitted on behalf of victim J.G., in the amount of $253.36 |
| 4 | March 4, 2010 | NORTHERN TRUST – Online Bill Payment Processing Center P.O. Box 2994 Phoenix, Arizona 85062-2994 | BROOKFIELD CONDOMINIUM ASSOCIATION 12503 4th AVE W Everett, Washington 98204-5781 | CHECK NUMBER 0082097205, submitted on behalf of victim J.G., in the amount of $253.36 |

All in violation of Title 18, United States Code, Section 1341.

## COUNTS FIVE THROUGH EIGHT
### (Wire Fraud)

11. The factual allegations contained in paragraphs 1 through 10 are realleged and incorporated by reference as though fully set forth herein.

12. On or about the dates listed below, within the Western District of Washington, and elsewhere, for the purpose of executing or attempting to execute the above-described scheme, RICHARD THAYNE MUTSCHLER, knowingly transmitted and caused to be transmitted, by wire communication in interstate and foreign commerce, the following transmissions:

| COUNT | DATE | WIRE TRANSMISSION |
| --- | --- | --- |
| 5 | November 10, 2009 | An online credit card payment in the amount of $5,891.78 from the Association's account number xxxx7217 to Defendant's Navy Federal account number xxxxxx5554, which transmitted a wire and signal that traveled from Washington to Virginia. |
| 6 | November 16, 2009 | An online credit card payment in the amount of $2,037.60 from the Association's account number xxxx7217 to Defendant's Navy Federal account number xxxxxx5554, which transmitted a wire and signal that traveled from Washington to Virginia. |
| 7 | November 27, 2009 | An online credit card payment in the amount of $922.17 from the Association's account number xxxx7217 to Defendant's American Express account number xxxxxx6104, which transmitted a wire and signal that traveled from Washington to Arizona. |
| 8 | December 8, 2009 | An online credit card payment in the amount of $1,979.88 from the Association's account number xxxx7217 to Defendant's Navy Federal account number xxxxx5554, which transmitted a wire and signal that traveled from Washington to Virginia. |




1   All in violation of Title 18, United States Code, Sections 1343.

A TRUE BILL:
DATED:

**Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.**

_____
FOREPERSON

_/s/ Annette L. Hayes_
ANNETTE L. HAYES
Acting United States Attorney

_/s/ James D. Oesterle_
JAMES D. OESTERLE
Assistant United States Attorney

_/s/ Roscoe Jones, Jr._
ROSCOE JONES, JR.
Assistant United States Attorney

INDICTMENT/MUTSCHLER - 8