UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILED
LODGED
RECEIVED
MAIL

MAY 10 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>V.<br><br>RICHARD MUTSCHLER<br>DEFENDANT | CASE NO: 2:14CR00328TS2-001<br>14MJ1108CM<br><br>MOTION TO RETURN DEFENDANTS PASSPORT |

The Defendant Richard Mutschler having been Sentenced in this Court, REQUESTS the FOLLOWING:

Defendant requests Return of his PASSPORT book and PASSPORT CARD, Both of which have not expired.

The Defandant was Required to Surrender his Passport Book and Passport Card while on pre-trial. As his pretrial Confinement and Conditions have expired and no longer Valid, His passports that are being held by this Court Should be Returned.

In addition, this Court is requested to Forward a copy of any Order returning Defendants passports to the U.S. Department of State and the U.S. Federal Court Middle District of Florida.

This request is Submitted to this respectable Court on 4th day of May, 2018.

RICHARD MITSCHLER 61563-018
FCI TERMINAL ISLAND
POST OFFICE BOX 3007
SAN PEDRO, CALIFORNIA 90733

Mail Passport card and Passport Book to:
Carol Mutschler
25322 Puerta Dr.
Punta Gorda, Florida 33955

Richard Mutschler 61563 018
Federal Correctional Institution
Terminal Island
PO Box 3007
San Pedro, CA 90733

FILED
LODGED
RECEIVED

MAY 10 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

LOS ANGELES CA 900
07 MAY 2018 PM 14 L

98101-444297

◇ 61563-018 ◇
Clerk Us District Court
700 Stewart ST
Clerk-Lobby Level
Seattle, WA 98101
United States

USA FOREVER