UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD THAYNE MUTSCHLER,

Defendant.

CR14-328 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  Defendant's unopposed motion to return passport, docket no. 82, is DENIED as moot. Defendant's passport and passport card were returned to the State Department c/o Passport Legal Services Office, Washington DC, on November 2, 2017.

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant.

Dated this 18th day of June, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1